

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-18-00205-CV

Trece **MEUTH**,
Appellant

v.

**CITY OF SEGUIN**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0546-CV-A
Honorable William Old, Judge Presiding

# O R D E R

Appellant's brief is due on July 9, 2018. Before the due date, Appellant moved this court to extend the due date for Appellant's brief by thirty days.

Appellant's motion is GRANTED. Appellant's brief is due on August 8, 2018.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court